UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORP.; *et. al.*;<br><br>    Defendants. | No. 2:18-cv-00762-TLN-KJN<br><br>**ORDER** |

The Court is in receipt of a document labeled "Opposition to Defendants' Motion to Dismiss," (ECF No. 13) filed by Plaintiff Eduardo Salazar ("Plaintiff") and "Jenny Mena." Each person signed the opposition over a caption, "Plaintiff, in Pro Per." (ECF No. 13 at 2.)

Defendants filed motions to dismiss. (ECF Nos. 4, 6, 7.) Plaintiff Mr. Salazar did not respond and the Court issued an Order to Show Cause. (ECF No. 9.) Plaintiff's Counsel Mr. Maaz filed a Motion to Withdraw as Attorney for Plaintiff. (ECF No. 10-1 at 1; ECF No. 10-2 at 1.) The Court has not yet ruled on the motion to withdraw. Accordingly, Counsel Mr. Maaz and Mr. Avanesian remain as Mr. Salazar's counsel. (ECF No. 12.) Plaintiff may not file documents with the Court on his own while he is still represented by counsel. 28 U.S.C. § 1654. He must do so through his attorneys until the Court rules on the Motion to Withdraw.

////

1

Furthermore, the Court denied without prejudice defendants' motion to dismiss pending resolution of the motion to withdraw. (ECF No. 12.) There is, therefore, no longer a pending motion for which an opposition is necessary.

Finally, the Court is uncertain of who Ms. Mena is or what role she has in this litigation, if any. Ms. Mena does not appear to be a party or counsel in this matter. A review of the docket and docket entries gives no indication that "Jenny Mena" has ever been a party to this matter or entered an appearance. Ms. Mena cannot file on her own behalf if not a party and she cannot represent Mr. Salazar unless she is his attorney and enters an appearance on his behalf. 28 U.S.C. § 1654; E.D. Cal. L. R. 183(a). Mr. Salazar cannot represent Ms. Mena. E.D. Cal. L. R. 183(a).

Accordingly, the "Opposition to Defendants' Motion to Dismiss," (ECF No. 13), is hereby STRICKEN. The Clerk of Court is directed to serve Plaintiff an additional copy of this Order at: Eduardo Salazar, 5325 Elkhorn Blvd. # 304, Sacramento, CA 95842.

IT IS SO ORDERED.

Dated: July 9, 2018

Troy L. Nunley
United States District Judge